**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10

11   JOHN TOWNSLEY,                                    No. C-13-03026 DMR

12            Plaintiff(s),                            **ORDER REGARDING PARTIES'
                                                       DISPUTE RE INITIAL DISCLOSURES**
13        v.

14   CANON BUSINESS SOLUTIONS, INC.,

15            Defendant(s).
     _____/
16

17       In their January 8, 2014 case management statement, the parties indicated that they had a

18   dispute regarding initial disclosures, and anticipated filing a letter brief by no later than January 10,

19   2014.  No such letter has been filed.  The parties are ordered to immediately meet and confer about

20   this dispute in person or by phone.  If a dispute remains, **by no later than noon on January 14,**

21   **2014**, the parties shall file a joint letter brief that complies with this court's Standing Order

22   regarding discovery disputes.  [*See* Docket No. 7-1.]  The letter shall not exceed three pages.  The

23   court shall address any such dispute at the January 15, 2014 case management conference.

24       IT IS SO ORDERED.

25

26   Dated:  January 13, 2014

27
                                              _____
28                                            DONNA M. RYU
                                              United States Magistrate Judge

