JOHN F. PRENTICE, ESQ. SBN 087606
ROBERT D. POSTAR, ESQ. SBN 103538
SHEILA A. REID, ESQ. SBN 161180
JOHN F. PRENTICE & ASSOCIATES, P.C.
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone: (510) 420-9000
Facsimile: (510) 597-0718
jprentice@jfprenticelaw.com
rpostar@jfprenticelaw.com
sreid@jfprenticelaw.com
Attorney for Plaintiff
JOHN TOWNSLEY

DAVID J. MURPHY, ESQ. SBN 122818
DORSEY & WHITNEY, LLP
305 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
murphy.david@dorsey.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN TOWNSLEY,<br><br>                    Plaintiff,<br><br>          v.<br><br>CANON BUSINESS SOLUTIONS, INC., a corporation; and<br>DOES 1 through 100, Inclusive,<br><br>                    Defendants. | **CASE NO. 4:13-cv-03026-DMR**<br><br>**STIPULATION FOR ORDER AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>Complaint Filed:  April 4, 2013<br><br>Trial Date:  December 8, 2014 |

Plaintiff JOHN TOWNSLEY and Defendant CANON SOLUTIONS AMERICA, INC., formerly known as CANON BUSINESS SOLUTIONS, INC., hereby stipulate by and through their respective counsel, as follows:

1. Plaintiff requests, and Defendant has no objection to such request, to extend the non-expert discovery deadline and the expert disclosure and discovery deadlines in this matter.

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY – Case No. 4:13-cv-03026-DMR**    **Page 1**

1    2.   The current non-expert discovery deadline is June 30, 2014.  The parties make this
2    stipulation to allow an additional 30 days to complete written discovery and to informally resolve
3    document discovery issues prior to completing the deposition of Plaintiff.

4    3.   The current deadline for expert disclosures is July 14, 2014.  The parties make this
5    stipulation to allow a reasonable time to disclose and depose experts after Defendant's summary
6    judgment motion is heard.  Under the Court's case management Order, the motion will be heard no
7    later than September 25, 2014.

8    4.   Based on the foregoing stipulations of the parties, the parties respectfully request that the
9    Court set July 31, 2014, as the non-expert discovery deadline; October 6, 2014, as the expert disclosure
10   deadline; October 20, 2014, as the rebuttal expert disclosure deadline; and November 21, 2014, as the
11   expert discovery cutoff date.  The proposed new discovery deadlines will not require change to any
12   other case management dates or deadlines.

13   IT IS SO STIPULATED.

14   DATED: June 12, 2014                JOHN F. PRENTICE & ASSOCIATES, P.C.

15                                       /S/
16                                      _____
17                                      John F. Prentice, Esq.
                                        Sheila A. Reid, Esq.
18                                      Attorney for Plaintiff
                                        JOHN TOWNSLEY
19

20   DATED:  June 12, 2014               DORSEY & WHITNEY LLP

21                                       /S/
22                                      _____
                                        David Murphy, Esq.
23                                      Attorneys for Defendant
                                        CANON SOLUTIONS AMERICA, INC.
24                                      fka CANON BUSINESS SOLUTIONS, INC.

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based on the above stipulation of the Parties, and good cause appearing, IT IS SO ORDERED.

Dated: June 16, 2014                    _____
                                        THE HONORABLE DONNA M. RYU
                                        U.S. District Court Magistrate Judge