UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TOWNSLEY, | No. C-13-03026 DMR |
| Plaintiff(s), | **ORDER TO RE-FILE MOTION FOR SUMMARY JUDGMENT AND SUBMIT NEW CHAMBERS COPIES** |
| v. | |
| CANON BUSINESS SOLUTIONS, INC., | |
| Defendant(s). | |

PLEASE TAKE NOTICE that Defendant Canon Business Solutions, Inc.'s motion for summary judgment and supporting documents (Docket Nos. 56-62) were submitted in a format that is not usable by the court. These papers are not usable because the motion for summary judgment cites to bates numbers of documents and other pieces of evidence, and not to exhibits to the declarations filed in support of the motion. This forces the court to search through the declarations to determine which exhibits correspond to the evidence cited in the motion. In addition, the exhibits filed in support of Defendant's administrative motion to file documents under seal contain groups of documents; they are not labeled to correspond to individual exhibits attached to the Murphy Declaration.

Therefore, by **Monday, September 15, 2014**, Defendant shall re-file its motion for summary judgment containing clear citations to evidence; i.e., **Defendant shall cite to individual exhibits to declarations in support of the motion**. In addition, Defendant shall lodge with the court a binder

containing **all** of the evidence cited in support of the motion, including exhibits sought to be filed under seal, clearly separated by individual tabs indicating exhibit numbers.  Those exhibits sought to be filed under seal shall be assigned specific exhibit numbers, separated by individual tabs, and shall contain a cover page indicating that Defendant seeks to file the exhibit under seal.

    IT IS SO ORDERED.

Dated: September 12, 2014



DONNA M. RYU
United States Magistrate Judge

2